592

429 A.2d 81

Nedzwecki, Appellant v. Kowalko.

Argued December 4, 1979. John E. V. Pieski, for appellant; Paul A. Barrett, for appellee.

Before HESTER, MONTGOMERY, and CIRILLO, JJ.*

Order affirmed.

429 A.2d 82

Thompson et ux. v. Highland Terrace Apts., Appellant.

Reargument Denied Dec. 24, 1980.

Argued April 14, 1980. Robert A. Nedwick, for appellant; Louis P. Vitti, for appellee.

Before CAVANAUGH, HOFFMAN, and VAN der VOORT, JJ.

Order affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.